IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 15-98 |
| | ) |
| FRANKLIN SPENCE, III | ) |

O R D E R

AND NOW, to wit, this 18th day of November, 2015, the within motion is GRANTED, and it is hereby ORDERED that the Indictment filed at Criminal No. 15-98 against defendant FRANKLIN SPENCE, III, be and the same is hereby dismissed. It is further ORDERED that Count One of the Indictment at Criminal Number 15-98 is dismissed only as it relates to FRANKLIN SPENCE, III. Count One of the Indictment at Criminal Number 15-98 will remain in full force and effect as to the other defendants charged therein.

HONORABLE MAURICE B. COHILL
Senior United States District Judge